E-filing

FILED
08 APR -9 PM 4:59
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LaFRANCE Beal,

    Plaintiff,

vs.

Evans,

    Defendant.

CASE NO. 123338 TEH

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, Lafrance Beal, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0   Net: 0

Employer: _____

| | | |
|---|---|---|
| 1 | If the answer is "no," state the date of last employment and the amount of the gross and net |
| 2 | salary and wages per month which you received. (If you are imprisoned, specify the last |
| 3 | place of employment prior to imprisonment.) |

_____ N/A never employed _____

I been in prison since 94 _____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or                   Yes ___ No ✓
          self employment

    b. Income from stocks, bonds,               Yes ___ No ✓
          or royalties?

    c. Rent payments?                             Yes ___ No ✓

    d. Pensions, annuities, or                     Yes ___ No ✓
          life insurance payments?

    e. Federal or State welfare payments,       Yes ___ No ✓
          Social Security or other govern-
          ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                              Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a. List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5        _____N/A_____
6        _____
7   5.   Do you own or are you buying a home?   Yes ____ No __✓__
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No __✓__
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No __✓__ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account?   Yes ____ No __✓__ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ ___0_____
17  Do you own any cash? Yes ____ No __✓__ Amount: $ ___0___
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ____ No __✓__
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ ___0_____ Utilities: ___0___
23  Food: $ ___0_____ Clothing: ___0___
24  Charge Accounts:
25  Name of Account        Monthly Payment          Total Owed on This Acct.
26  _____             $_____              $_____
27  _____             $_____              $_____
28  _____             $_____              $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Restitution    2000 and Something i dont know the exact amount_
4  _i included how much money i had in my account last form this prison gave me._
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _4/3/08_                              _L. Beal_
17    DATE                              SIGNATURE OF APPLICANT

1
2                                                Case Number: __123358__
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                             **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __Lafrance Beal__ for the last six months
                                              [prisoner name]
14   __Salinas Valley State prison__ where (s)he is confined.
        [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __0__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated: __4/3/08__                          _____
20                                                 [Authorized officer of the institution]
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030                                              REPORT DATE: 08/13/07
                                                               PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUN. 01, 2007 THRU AUG. 13, 2007

ACCOUNT NUMBER : P01542                          BED/CELL NUMBER: FCB6T1000000129L
ACCOUNT NAME   : BEAL, LAFRANCE D                ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                                   TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE   DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----  ----   -----------    --------     ---------   --------    -----------    -------

06/01/2007    BEGINNING BALANCE                                                    3.82

06/12  W536   COPAY CHARGE   3513 COPAY                              3.82          0.00


                                CURRENT HOLDS IN EFFECT

  DATE          HOLD
 PLACED         CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
----------      ----    -----------------------      ----------       -----------
07/18/2007      H109    LEGAL POSTAGE HOLD           0217 LPOST           4.60
07/18/2007      H109    LEGAL POSTAGE HOLD           0217 LPOST           4.60
07/18/2007      H109    LEGAL POSTAGE HOLD           0217 LPOST           4.60
07/18/2007      H109    LEGAL POSTAGE HOLD           0217 LPOST           0.41
08/08/2007      H118    LEGAL COPIES HOLD            0446 LCOPY          44.10
08/09/2007      H109    LEGAL POSTAGE HOLD           0463 LPOST           4.60

                                 TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL          TOTAL          CURRENT         HOLDS        TRANSACTIONS
   BALANCE       DEPOSITS      WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
  ---------      --------      -----------      --------       -------       ------------
     3.82          0.00            3.82           0.00          62.91            0.00


                                                                   CURRENT
                                                                  AVAILABLE
                                                                   BALANCE
                                                                  ---------
                                                                    62.91-
```