IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFRANCE BEAL, ) Petitioner, ) vs. ) B. CURRY, Warden, ) Respondent. ) _____ ) | No. C 08-01705 TEH (PR) ORDER GRANTING EXTENSION OF TIME TO SUBMIT COMPLETE *IN FORMA PAUPERIS* APPLICATION |

Petitioner, a California state inmate at the Salinas Valley State Prison, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner failed to pay the appropriate filing fee, so on March 28, 2008, this court's clerk sent him a notice that he must pay the filing fee or file a completed In Forma Pauperis Application within thirty days or the case would be dismissed.

On April 9, 2008, petitioner filed an in forma pauperis application. However, the application is insufficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer at the prison and the prisoner's trust account statement was not for the proper six month period.

Within **thirty (30) days** from the date this order is filed, petitioner must submit a properly completed Certificate of Funds in Prisoner's Account and a copy of prisoner's trust account statement for the six month period immediately preceding

1  March 28, 2008, the date the instant petition was filed. Failure to comply in
2  accordance with this order will result in the dismissal of this action without further
3  notice to petitioner.
4  IT IS SO ORDERED.

6  DATED: __April 22, 2008__         _____
                                      THELTON E. HENDERSON
7                                     United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAFRANCE BEAL,

        Plaintiff,

  v.

B. CURRY, Warden,

        Defendant.

Case Number: CV08-01705 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaFrance Beal P-01542
Salinas Valley State Prison
6C-129L
P O Box 1050
Soledad, CA 93960

Dated: April 23, 2008

                                          Richard W. Wieking, Clerk
                                          By: Frank Justiliano, Deputy Clerk