Case Number: C08 4705 TEH

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of **D01542 Beal, Lafrance** for the last six months

at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020                    [prisoner name]

_____  where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ **10.83** and the average balance in the prisoner's

account each month for the most recent 6-month period was $ **11.60**

Dated: **5/1/08**                    **L. macias**

                                     [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                          REPORT DATE: 05/01/08
                                                 PAGE NO:         1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                     SALINAS VALLEY STATE PRISON
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: NOV. 01, 2007 THRU MAY  01, 2008

ACCOUNT NUMBER : P01542                BED/CELL NUMBER: FCB6T100000129L
ACCOUNT NAME   : BEAL, LAFRANCE D      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE    DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
_____  ____   _____  _____   _____ _____  _____  _____

11/01/2007    BEGINNING BALANCE                                               0.00

   ACTIVITY FOR 2008
03/27 D300 CASH DEPOSIT   2498 7512                  30.00                    30.00
03/27 D300 CASH DEPOSIT   2498 7512                  10.00                    40.00
04/01 W512 LEGAL POSTAGE  2523 LPOST                             0.41         39.59
04/01 W512 LEGAL POSTAGE  2523 LPOST                             4.60         34.99
04/01 W512 LEGAL POSTAGE  2523 LPOST                             4.60         30.39
04/14 W512 LEGAL POSTAGE  2615 ENVEL                             0.80         29.59
04/14 FC03 DRAW-FAC 3     2635 C6                               29.59          0.00
04/18 D300 CASH DEPOSIT   2694 7601                  25.00                    25.00

                         TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 65.00 | 40.00 | 25.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 4/30/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _L. macias SVSP_
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------
25.00

STATE OF CALIFORNIA
CDC FORM   193 LEGAL COPIES

# TRUST ACCOUNT WITHDRAV

TO: Warden Or Superintendent                                    DATE: _____ *April 28*   *2008* _____

APPROVED: _____ S V S P LIBRARY STAFF

I hereby request that my Trust Account be charged $ __*5.00*__ for the purchase of the following purpose stated below and authorize the withdrawal of the sum indicated from my account:

__*P-01542*__                          __*Lafrance Beal*__
C.D.C. NUMBER                          INMATE'S NAME   (Signature please DO NOT PRINT)

State below the Purpose for which withdrawal is requested (do not use this form for Canteen or Hobby purchases)

Name  *Clerk AND Court U.S District court*

Purpose: LEGAL COPIES

*To Pay for Informa Pauperis form*
*to be mailed to Appellate Court*

Address  *450 Golden Gate Avenue*
*SanFrancisco, Ca 94102*
_____

*Lafrance Beal P-01542 LC-129L*
PRINT FULL NAME HERE

**FILED**

APR 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAFRANCE BEAL,                          )
                                        )        No. C 08-01705 TEH (PR)
              Petitioner,               )
                                        )        ORDER GRANTING EXTENSION
       vs.                              )        OF TIME TO SUBMIT COMPLETE
                                        )        *IN FORMA PAUPERIS*
B. CURRY, Warden,                       )        APPLICATION
                                        )
              Respondent.               )
                                        )
_____ )

       Petitioner, a California state inmate at the Salinas Valley State Prison, filed a

pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       Petitioner failed to pay the appropriate filing fee, so on March 28, 2008, this

court's clerk sent him a notice that he must pay the filing fee or file a completed In

Forma Pauperis Application within thirty days or the case would be dismissed.

       On April 9, 2008, petitioner filed an in forma pauperis application. However,

the application is insufficient because the attached Certificate of Funds in Prisoner's

Account was not completed and signed by an authorized officer at the prison and the

prisoner's trust account statement was not for the proper six month period. *Is enclosed*

       Within **thirty (30) days** from the date this order is filed, petitioner must

submit a properly completed Certificate of Funds in Prisoner's Account and a copy

of prisoner's trust account statement for the six month period immediately preceding

*Also the prison should be sent you*
*the informa pauperis Approved?*

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1 | March 28, 2008, the date the instant petition was filed.  Failure to comply in

2 | accordance with this order will result in the dismissal of this action without further

3 | notice to petitioner.

4 | IT IS SO ORDERED.

5

6 | DATED:  April 22, 2008

THELTON E. HENDERSON
7 | United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

LaFrance Beal P-01542
Salinas Valley State Prison
6C-129L
P O Box 1050
Soledad, CA 93960


CV08-01705 TEH