FILED
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

C08-1705 TEH                                04/28/08

Dear clerk,

I received a ORDER Granting extension of time to Submit a completed informa Pauperis Application this will be my third time Sending you this form the Account office or Trust office Twice was ask by me to send you a Trust account of my funds Attached to the informa pauperis Signed by officer which never got Sent to you the clerk. turn over please →

42

'rison

SAN JOSE CA 951
29 APR 2008 PM 5 T

office of The Clerk, U.S District Clerk
NORTHERN District of California
450 Golden Gate Avenue
San Francisco Ca, 94102



94102+3661 C004

Lafrance Beal P-01543
P.O. Box 1050
Salinas Valley State Prison
Soledad Ca 93960
6C-129L

**STATE PRISON GENERATED MAIL**

SAN JOSE CA 951
29 APR 2008 PM 5 T

Office of The Clerk, U.S District Clerk
NORTHERN District of California
450 Golden Gate Avenue
San Francisco Ca, 94102

9410273661 CO04

I want you to alert the court in complying with the Extension to submit my 3rd complete in forma pauperis. I sent in forma Pauperis form to the Trust office today 04/28/08 with a stamp Envelope address to your court and office asking them to send you my Trust account Statement for the papers six month period. I properly filled out the forms and forward them to the Trust Fund office, pray you received them Signed by a officer.